# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JERRY BROWN, *Governor of the State of California,*<br><br>　　　　　　　Defendant.<br>_____ / | CASE No. 1:13-cv-00578-LJO-MJS (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE<br><br>(ECF No. 4)<br><br>CLERK TO CLOSE CASE |

　　　Plaintiff Tony Blackman is a California state prisoner proceeding pro se in a civil rights action filed April 22, 2013 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On April 24, 2013, the Court denied Plaintiff's Motion to Proceed In Forma Pauperis, 28 U.S.C. § 1915, and ordered Plaintiff to pay the $350 filing fee in full by not later than May 20, 2013. (ECF No. 4.) Plaintiff was advised that failure to pay the filing fee would result in dismissal of this action. (Id.)

On May 6, 2013, Plaintiff again moved to proceed in forma pauperis, (ECF No. 5), which the Court disregards for the reasons stated above.

The May 20, 2013 deadline passed without Plaintiff paying the $350 filing fee.

Accordingly, it is HEREBY ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee; and

2. The Clerk of the Court is directed to terminate any and all pending motions and close the case.

IT IS SO ORDERED.

Dated:   **May 21, 2013**          /s/  Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

-2-